IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 06 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00934-BNB

MR. ROBERT C. HOPES, JR.,

Plaintiff,

v.

M. COLLINS, Unit Manager, et al.,
A. FENLON, Case Manager, et al.,
R. MADISON, et al.,
U. S. DEPARTMENT OF JUSTICE, et al.,
UNITED STATES DEPARTMENT OF JUSTICE, et al., and
FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

---

ORDER DENYING THIRD MOTION FOR PRELIMINARY INJUNCTION

---

Plaintiff, Robert C. Hopes, Jr., is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He has filed an amended civil rights complaint pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993). On May 29, 2008, Mr. Hopes submitted to and filed with the Court *pro se* a motion titled "Motion for Preliminary Injunction, and Injunctive Relief." This is the third motion for a preliminary injunction that Mr. Hopes has filed since May 13, 2008.

The Court must construe the motion liberally because Plaintiff is not represented by an attorney. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**,

935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

In the motion for a preliminary injunction, which is handwritten on a single sheet of paper, Mr. Hopes alleges that the BOP is interfering with his right of access to the courts by failing to make photocopies of the amended complaints he intends to file in two civil actions in this Court, including the instant action. However, the Court has not ordered him to file a second amended complaint in the instant action.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Plaintiff fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Based on Plaintiff's filings in this action, it is clear to the Court that Plaintiff is not being denied the opportunity to prepare and file legal documents and that he is able to respond to court orders.

This is the second time the Court has pointed out that Mr. Hopes continues to file documents in this action that do not comply with this Court's local rules of practice, specifically D.C.COLO.LCivR 10.1 concerning the format and copies of papers presented for filing. Pursuant to D.C.COLO.LCivR 10.1, all documents filed with the Court must be on 8 1/2- by 11-inch white paper. Margins must be 1 1/2 inches at the top and 1 inch at the left, right, and bottom. All papers must be typewritten or handwritten using black ink and not less than 12-point font, and all papers must be

2

double-spaced. Mr. Hopes' filings continue to violate this rule. Therefore, the clerk of the Court will be directed to mail to Plaintiff, together with a copy of this order, a copy of D.C.COLO.LCivR 10.1, as well as a copy of Appendix E to the local rules, which demonstrates the format of any filings to be made with the Court. Mr. Hopes' future filings must comply with D.C.COLO.LCivR 10.1. Mr. Hopes' future filings that fail to comply with D.C.COLO.LCivR 10.1 will not be considered by the Court. In addition, if Mr. Hopes continues to file unnecessary motions for injunctive relief, he may be subject to sanctions, including the dismissal of the instant action. Accordingly, it is

ORDERED that the motion for preliminary injunction that Plaintiff, Robert C. Hopes, Jr., submitted to and filed with the Court on May 29, 2008, is denied. It is

FURTHER ORDERED that the clerk of the Court is directed to mail to Plaintiff, together with a copy of this order, copies of D.C.COLO.LCivR 10.1 and of Appendix E to the local rules. It is

FURTHER ORDERED that Mr. Hopes' future filings must comply with D.C.COLO.LCivR 10.1. It is

FURTHER ORDERED that Mr. Hopes' future filings that fail to comply with D.C.COLO.LCivR 10.1 will not be considered by the Court. It is

FURTHER ORDERED that if Mr. Hopes continues to file unnecessary motions for injunctive relief, he may be subject to sanctions, including the dismissal of the instant action.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00934-BNB

Robert C. Hopes, Jr.,
Reg. No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER, a copy of D.C.COLO.LCivR 10.1, and a copy of Appendix E** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk